Lora v. Shanahan

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand eighteen.

Before:     Amalya L. Kearse,
            Barrington D. Parker,
            Richard C. Wesley,
                    *Circuit Judges.*

_____

Alexander Lora,

         Petitioner - Appellee,

v.

Christopher Shanahan, in his official capacity as
New York Field Officer Director for U.S.
Immigration and Customs Enforcement, Diane
McConnell, in her official capacity as Assistant
Field Office Director for U.S. Immigration and
Customs Enforcement, Thomas S. Winkowski, in his
official capacity as Principal Deputy Assistant
Director of U.S. Immigration and Customs
Enforcement, Jeh Johnson, in his official capacity as
Secretary of the U.S. Department of Homeland
Security, Loretta E. Lynch, in her official capacity as
the Attorney General of the United States, and the
U.S. Department of Homeland Security,

         Respondents - Appellants.

_____

**ORDER**

Docket No. 14-2343

By order dated March 5, 2018, the United States Supreme Court granted a petition for a writ of certiorari, vacated this Court's judgment, and remanded the case for further consideration in light of *Jennings v. Rodriguez*, No. 15-1204, 583 U.S. ___ (2018).

At the Court's direction, the parties have briefed the question whether Mr. Lora's cancellation of removal has rendered the case moot.

IT IS HEREBY ORDERED that the appeal is dismissed as moot. Once cancellation of removal was granted to Petitioner-Appellee Lora the case no longer presented an actual dispute between the parties, rendering the case moot. See <u>Lewis v. Cont'l Bank Corp.</u>, 494 U.S. 472, 477-78 (1990); <u>Catanzano v. Wing</u>, 277 F.3d 99, 107 (2d Cir. 1999).

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court